Michael J. Drummond, Commissioner, etc., v. Alexander Schlessinger.— Motion granted unless appellant complies with terms stated in order. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William H. Black v. Bayard Fonda and Others.—Application granted. Order signed. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of William P. Buchler, an Attorney.—Motion granted. Order to be settled on notice. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Martin J. Earley, an Attorney.—Referee's report approved and respondent disbarred. Order to be settled on notice. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

John Mautsewich, Respondent, v. United States Gypsum Company, Appellant.—Judgment and order affirmed, with costs. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Clarke, J., dissented.

Annie Letsche, Respondent, v. Joseph Schleisman, Impleaded with Anthony C. Guntzer, Appellant.—Judgment and order affirmed, with costs. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Respondent, v. Bruno Rothenberg, Appellant.—Judgment and order affirmed. No opinion. Present Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Max Marx, Respondent, v. A. Feldmann Construction Company, Appellant, Impleaded with Others.—Judgment affirmed, with costs. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

August Tassini, an Infant, by Frank Tassini, Guardian ad Litem, Respondent, v. Paul Viane, Appellant.—Judgment and order affirmed, with costs. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Benz Auto Import Company of America, Appellant, v. Jesse Froehlich, Appellant.—Judgment and order affirmed, with costs. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Anson B. Moran and Others, Appellants, v. Herbert S. Vreeland and Others, Respondents, Impleaded with Others.   (5 cases.)—Order affirmed, with ten dollars costs and disbursements, with leave to plaintiffs to amend on payment of costs.   Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Anson B. Moran and Others, Appellants, v. Herbert S. Vreeland and Others, Impleaded with Mortimer L. Schiff, Respondent.—Judgment and order affirmed, with costs, with leave to plaintiffs to amend on payment of costs. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Lord & Taylor, Respondent, v. Edward Hatch, Appellant.—Judgment and order affirmed, with costs. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Thomas Murphy, as Administrator, etc., Appellant, v. Tefft-Weller Company, Respondent.—Judgment and order affirmed, with costs. No opin-